# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JORDAN HANN,

       Plaintiff,

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

       Defendant.

Case No. SA CV 15-1180 MRW

**EAJA FEE AWARD**

    IT IS ORDERED that, pursuant to 28 U.S.C. § 2412(d)(1)(A), the government pay Plaintiff the sum of $2,663.92 as EAJA fees.  The government will consider any assignment of EAJA fees to determine whether they are subject to any offset under the Treasury Offset Program for any preexisting debt that Plaintiff owes the government.

Dated: November 14, 2016

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE